**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SWITCH, LTD., | Case No. 2:18-cv-00843-APG-CWH |
| Plaintiff, | |
| v. | **ORDER DEEMING ORDER TO SHOW CAUSE SATISFIED** |
| GEI CONSULTANTS, | |
| Defendant. | |

This action originally was filed in Nevada state court and defendant GEI Consultants removed it to this Court on the basis of diversity jurisdiction. Neither the complaint nor the notice of removal identifies the citizenship of the members of plaintiff Switch, Ltd., which is a Nevada limited liability company. ECF No. 3-1 at 3, ¶ 4. I therefore directed defendant GEI Consultants to show cause why the case should not be remanded for lack of subject matter jurisdiction. In light of GEI's response (ECF No. 14), the order to show cause is deemed satisfied. However, as the party seeking to invoke this court's jurisdiction, GEI remains responsible for establishing jurisdiction exists. *See Naffe v. Frey*, 789 F.3d 1030, 1040 (9th Cir. 2015).

IT IS THEREFORE ORDERED that the order to show cause (ECF No. 10) is deemed satisfied and I will not remand this action at this time.

DATED THIS 23rd day of May, 2018.

_____

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE