# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., | Case No.: 2:18-cv-00843-APG-CWH |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| GEI CONSULTANTS, INC., | |
| Defendant | |

On August 6, 2018, plaintiff Switch, Ltd. was advised by the court that this action would be dismissed without prejudice unless on or before September 5, 2018, Switch either filed proper proof of service or showed good cause why such service was not timely made. Switch has failed to do so.

IT IS THEREFORE ORDERED that the above-entitled action is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 6th day of September, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE